PATRICK B. GILMORE
ATKINSON, CONWAY & GAGNON
Attorneys for Defendant Xpient Solutions, LLC
420 L Street, Suite 500
Anchorage, Alaska 99501
Phone: (907) 276-1700
Fax: (907) 272-2082
pbg@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CJ'S OF FAIRBANKS, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>XPIENT SOLUTIONS, LLC, )<br>)<br>Defendant. )<br>_____) | Case No. 3:13-cv-00117-HRH |

## STIPULATION TO DISMISS

The parties to this action, by and through counsel, hereby stipulate and agree that the above-captioned be dismissed on the merits and with prejudice, each party to bear its own costs and attorney's fees.

                                              ATKINSON, CONWAY & GAGNON
                                              Attorneys for Defendant

Date: September 10, 2013            By      s/Patrick B. Gilmore
                                                  Patrick B. Gilmore
                                                  420 L Street, Suite 500
                                                  Anchorage, AK 99501
                                                  Phone: (907) 276-1700
                                                  Fax: (907) 272-2082
                                                  E-mail: pbg@acglaw.com
                                                  ABA No. 7710121

REEVES AMODIO LLC
Attorneys for Plaintiff

Date: September 10, 2013     By_____s/Brian J. Stibitz_____
                                Brian J. Stibitz
                                500 L Street, Suite 300
                                Anchorage, AK 99501
                                Phone: (907) 222-7100
                                Fax: (907) 222-7199
                                E-mail: brian@reevesamodio.com
                                ABA No. 0106043

STIPULATION TO DISMISS
Page 2
28-1725/7838.1